IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| MICHAEL L. WILLIAMS, <br><br> Plaintiff, <br><br> v. <br><br> GREENPOINT MORTGAGE FUNDING, INC., GREENWICH INVESTORS XXXII, LLC, QUALITAS PROPERTIES, LLC, TRINITY FINANCIAL SERVICES, LLC, FREELIGHT FINANCIAL, LLC, FCI LENDER SERVICES, INC. and DREAMBUILDER INVESTMENT, LLC <br><br> Defendants. | Case No. 1:15-cv-04487 |

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, Defendant GreenPoint Mortgage Funding, Inc. ("GreenPoint") submits the following Certificate of Interested Persons and Corporate Disclosure Statement:

(1) The undersigned counsel of record for GreenPoint certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

- Plaintiff is Michael L. Williams.

- GreenPoint is an indirect subsidiary of Capital One Financial Corp. Capital One Financial Corp. is publicly traded. No other affiliated or related entities currently own more than 10% of Capital One Financial Corp. stock.

- Greenwich Investors XXXII

- Qualitas Properties, LLC

- Trinity Financial Services

- Freelight Financial LLC

- FCI Lender Services, Inc

- Dreambuilder Investment, LLC

(2)  The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

- None at this time

(3)  The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

*Attorneys for Defendant GreenPoint Mortgage Funding, Inc.:*

Mark James Windham (Georgia Bar No. 113194)
Troutman Sanders, LLP-ATL
Bank of America Plaza, 5200

600 Peachtree Street, N.E.
Atlanta, GA 30308

*Attorneys for Defendant Greenwich Investors XXXII, LLC:*

Andrew McCampbell Gibson
The Finley Firm, P.C.
Building 14, Suite 230
3535 Piedmont Road
Atlanta, GA 30305

Joseph Jackson Harris
The Finley Firm, P.C.
Building 14, Suite 230
3535 Piedmont Road
Atlanta, GA 30305

*Attorneys for Defendant Qualitas Properties, LLC:*

Richard Bryan Maner
RICHARD B. MANER, P.C.
5775 Glenridge Drive
Building D, Suite 100
Atlanta, GA 30328

*Attorney for Plaintiff Michael L. Williams*

Catherine Gibson McCauley
The Gibson Firm, LLC -Atl
1708 Briarcliff Road NE
Atlanta, GA 30306

Dated: May 10, 2016

/s/ Mark James Windham
Mark James Windham
Georgia Bar No. 113194
Troutman Sanders, LLP
Bank of America Plaza, 5200
600 Peachtree Street, N.E.
Atlanta, GA 30308
(404) 885-3000
mark.windham@troutmansanders.com
*Counsel for Defendant GreenPoint Mortgage Funding, Inc.*

## **CERTIFICATION OF COMPLIANCE WITH L.R. 5.1B**

I hereby certify that the foregoing has been computer processed with 14 point Times New Roman Font in compliance with the United States District Court for the Northern District of Georgia Local Rule 5.1B.

Dated: May 10, 2016

/s/ Mark James Windham
Mark James Windham
Georgia Bar No. 113194

*Counsel for Defendant GreenPoint Mortgage Funding, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| MICHAEL L. WILLIAMS, </br></br>Plaintiff, </br></br>v. </br></br>GREENPOINT MORTGAGE FUNDING, INC., GREENWICH INVESTORS XXXII, LLC, QUALITAS PROPERTIES, LLC, TRINITY FINANCIAL SERVICES, LLC, FREELIGHT FINANCIAL, LLC, FCI LENDER SERVICES, INC. and DREAMBUILDER INVESTMENT, LLC </br></br>Defendants. | Case No. 1:15-cv-04487 |

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of May 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

**Counsel for Plaintiff**
Catherine Gibson McCauley
The Gibson Law Firm
1708 Briarcliff Road, NE
Atlanta, Georgia 30306

**Counsel for Defendant Greenwich Investors XXXII, LLC:**

Andrew McCampbell Gibson
The Finley Firm, P.C.
Building 14, Suite 230
3535 Piedmont Road
Atlanta, GA 30305

Joseph Jackson Harris
The Finley Firm, P.C.
Building 14, Suite 230
3535 Piedmont Road
Atlanta, GA 30305

**Counsel for Defendant Qualitas Properties, LLC:**

Richard Bryan Maner
RICHARD B. MANER, P.C.
5775 Glenridge Drive
Building D, Suite 100
Atlanta, GA 30328

                              */s/ Mark J. Windham*
                              Mark J. Windham

28439826